Dismissed and Memorandum Opinion filed February 12, 2004









Dismissed and Memorandum Opinion filed February 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01226-CV

____________

 

THE ESTATE OF H. G. NELMS,
Appellant

 

V.

 

PEGGY HOOPER FAMILY, LTD., BLUESANDS,
LLC, FORD LIVING TRUST, JOHN DEAN, WILLIAM R. DEAN, JR., and JOHN E. S. KRAMAR, Appellees

 



 

On Appeal from the 125th
District Court

Harris County, Texas

Trial Court Cause No.  02-59376

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed October 22, 2003.

On February 4, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 12, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.